FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:19MJ 𝟸𝟸𝟾 |
| | ) | |
| CHARLES J. ORRICO, | ) | |
| | ) | Court Date: June 3, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(Misdemeanor 7517599)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 26, 2019, at Fort Belvoir, Virginia, within the special maritime and

territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant,

CHARLES J. ORRICO, did unlawfully steal, purloin, or knowingly convert to her use or the use

of another, property of the United States or any department or agency thereof, specifically:

alcoholic beverages, the property of the United States Army and Air Force Exchange Service,

said property having a value of less than One Thousand Dollars ($1,000).

(In violation of Title 18, United States Code, Section 641)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____

Amanda Williams
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: amanda.r.williams@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

CHARLES J. ORRICO
7819 Carrleigh Parkway
Springfield, Virginia 22152

By: _____

Amanda Williams
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: amanda.r.williams@usdoj.gov